ALEXANDER BREYTMAN, Appellant, v OLINVILLE REALTY, LLC, et al., Respondents.

ALEXANDER BREYTMAN, Appellant, v CITY OF NEW YORK et al., Respondents.

Submitted June 2, 2008; decided September 11, 2008

Motion, insofar as it seeks leave to appeal from Supreme Court's order denying reargument, dismissed upon the ground that it does not lie (*see* CPLR 5602); motion, insofar as it seeks leave to appeal from the Appellate Division order as against defendants Olinville Realty, LLC, Weiner Realty LLC, Pinnacle Bronx LLC and Anthony Mota, dismissed upon the ground that as to said parties, the order does not finally determine the action within the meaning of the Constitution; motion for leave to appeal from the Appellate Division order otherwise denied. Motion to enlarge the record etc. denied.

BRIGGS AVENUE LLC, Appellant, v INSURANCE CORPORATION OF HANNOVER, Respondent.

Submitted September 8, 2008; decided September 11, 2008

Motion by Complex Insurance Claims Litigation Association for leave to file a brief amicus curiae on consideration of the certified question herein granted and the proposed brief is accepted as filed. Two copies of the brief must be served and 24 copies filed within seven days.

EURYCLEIA PARTNERS, LP, et al., Appellants, v SEWARD & KISSEL, LLP, Respondent, et al., Defendants.

Submitted June 16, 2008; decided September 11, 2008

Motion by Marc I. Steinberg and Daniel J. Morrissey for leave to file a brief amici curiae on the motion for leave to appeal herein denied.